McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
PAUL HAM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 307-6648
Facsimile:     (202) 307-0054
E-mail:        guy.p.jennings@usdoj.gov

THOMAS M. ROHALL
Special Trial Counsel, Tax Division
U.S. Department of Justice
Telephone:  (916) 974-5723

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICO SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 2:07-CV-01009-MCE-KJM<br><br>**ORDER** |

　　Having considered the United States' Unopposed Request, the record contained herein, and good cause being shown, the Court hereby GRANTS the Request and directs that the United States shall have up to and including August 17, 2007 in which to answer or otherwise respond to the Complaint and the parties shall have up to and including August 17, 2007 in which to file a Joint Status Report.

**IT IS SO ORDERED.**

Dated:  August 7, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE