McGREGOR W. SCOTT
United States Attorney
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
Facsimile:   (202) 307-0054
E-mail:       guy.p.jennings@usdoj.gov

THOMAS M. ROHALL
Special Trial Counsel, Tax Division
U.S. Department of Justice
Telephone:  (916) 974-5723

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICO SERVICES INC. <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil No. 2:07-CV-01009-MCE-KJM <br><br> **ORDER** |

Having considered the stipulation of the parties, and good cause being shown, the Court hereby grants the request as follows:

**IT IS ORDERED THAT** the United States is permitted to file a Counterclaim in this action on or before November 16, 2007.

**IT IS SO ORDERED.**

Dated:  November 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 1 -